# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN THE INTEREST OF: R.L.J., A MINOR   :   No. 296 WAL 2015

  :

  :

  :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

  :

PETITION OF: R.L.J.   :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.